# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARRELL RAY JONES, | ) |
| Petitioner, | ) ) ) |
| -vs- | ) Case No. CIV-08-1236 |
| JUSTIN JONES, DIRECTOR, | ) ) ) |
| Respondent. | ) ) |

## ORDER

On October 30, 2009, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is petitioner's timely objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Argo in the Report and Recommendation. The court finds petitioner's objection to be without merit. The court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation by United States Magistrate Judge Doyle W. Argo, issued October 30, 2009 (doc. no. 15), is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**. Judgment shall issue forthwith.

DATED December 4, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE